[No. 3522-1. Division One. May 3, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY HALE, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 68192, Frank J. Eberharter, J., entered December 9, 1974. *Affirmed* by unpublished per curiam opinion.